UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LORI KANDZERSKI

        v.                                             CA No. 15-401 ML

CAROLYN W. COLVIN,
Acting Commissioner, Social Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on December 9, 2016 (Docket #22). No objection has been filed and the time for doing so has passed.

The Court has reviewed the motion papers and the Report and Recommendation. Having done so, the Court agrees with the Magistrate Judge's findings and legal conclusions. Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's Motion to Reverse (Docket #11) is DENIED. Defendant's Motion to Affirm (Docket #14) is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
January 3, 2017